**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VANILLA CHIP LLC d/b/a TRUHEIGHT,<br>Plaintiff,<br>vs.<br>ECOM ECHOLON LLC d/b/a NOVEXA HEALTH, and CALLUM ANDREWS,<br>Defendants. | Case No. 2:26-cv-02082-RFB-DJA |

**ORDER APPROVING STIPULATION**

Based on the parties' Stipulation Extending Time to Answer Complaint, which was filed in the above-captioned matter on September 16, 2026, this Court enters this Order Approving the Stipulation as follows:

**IT IS HEREBY ORDERED** that the parties' Stipulation be, and hereby is, approved.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendants, Ecom Echolon LLC dba Novexa Health, and Callum Andrews, by and through their undersigned counsel, and Plaintiff, Vanilla Chip LLC dba TruHeight, by and through their undersigned counsel, hereby stipulate and agree:

**IT IS SO ORDERED.**

this 17 day of September, 2026

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted By:
/s/ Brooke D. Georguson

Brooke D. Georguson, Esq. (NSB 16406)
bgeorguson@sierracrestlaw.com
6770 S. McCarran (1st Floor),
Reno, NV 89508
(775) 448-6070 | Fax: (775) 473-8292 *Attorney for Defendants*