Blair R. Jackson, Esq. (Nevada Bar No. 9839)
API LAW, PLLC
2551 N. Rampart Blvd., Suite 372
Las Vegas, Nevada 89128
Telephone: (725) 209-5889
Email: brj@api.law
Attorneys for Plaintiff Vanilla Chip LLC d/b/a TruHeight

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

VANILLA CHIP LLC d/b/a TRUHEIGHT,
Plaintiff,

v.

ECOM ECHOLON LLC d/b/a NOVEXA HEALTH, and CALLUM ANDREWS,
Defendants.

Case No. 2:26-cv-02082-RFB-DJA

**ORDER TO DISMISS ACTION WITH PREJUDICE AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

Based upon the Parties' stipulation, their representation that the conditions for dismissal under their Settlement Agreement have been satisfied, and good cause appearing,

**IT IS HEREBY ORDERED** that this action, including all claims asserted herein, is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS FURTHER ORDERED** that each Party shall bear its own attorneys' fees and costs incurred in this action.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction to interpret and enforce the Parties' Settlement Agreement and Mutual Release dated September 30, 2026, and to adjudicate any dispute arising from its performance or enforcement.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case.

IT IS SO ORDERED.

DATED: October 9, 2026

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE